IRENE STEVENSON, APPELLANT, V. SCOTTS BLUFF COUNTY, APPELLEE.

FILED DECEMBER 5, 1930. No. 27679.

*Raymond & Fitzgerald,* for appellant.

*Wright & Wright, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiff, as the widow of Melvin Stevenson, deceased, brought this action under the employers' liability law to recover compensation for the death of her husband. The district court for Scotts Bluff county dismissed the petition and denied the award. Plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.